■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL HEYWOOD, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Egitto, J.), imposed October 10, 1990.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Thompson, Balletta, Miller and Pizzuto, JJ., concur.